**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 88 WAL 2022

        Respondent              :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

        v.                      :

                               :

JIHAAD AMORE HARRISON,          :

                               :

        Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.